UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-03597-SSS-BFM | Date | February 10, 2026 |
| Title | *Roberto Carlos Rivas Martinez v. Ernesto Santacruz Jr. et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DIRECTING PETITIONER'S IMMEDIATE RELEASE AND ORDER TO SHOW CAUSE AS TO SANCTIONS [DKT. NO. 22]**

On February 9, 2026, counsel for Petitioner filed a Motion to Enforce this Court's Prior Order. [Dkt. No. 22]. This Motion indicates that Petitioner received an individualized bond hearing pursuant to this Court's order on January 30, 2026. [Dkt. No. 21]. At the bond hearing, an Immigration Judge set bond at $25,000, which Petitioner's family paid in full. Despite the payment, Petitioner remains in immigration detention with no release date.

There is no basis for Respondents to continue detaining Petitioner. In other words, continued detention of Petitioner is unlawful.

Respondents are **ORDERED** to release Petitioner forthwith. The Court **ORDERS** Respondents to show cause as to whether Petitioner has been released by **February 10, 2026, at 5:00 PM**. Moreover, Respondents are **ORDERED** to show cause as to why Petitioner was not released upon payment of bond. Failure to comply with the Court's order will result in sanctions.

**IT IS SO ORDERED**.